**FILED**

NOV 15 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | CR. NO. 2:05CR270-F |
| --- | --- | --- |
| v. | ) | [18 USC 641] |
| ANGELA MICHELLE WILLIAMS | ) | INDICTMENT |

The Grand Jury charges:

## COUNTS 1-2

1.  At all times relevant to this Indictment, the defendant ANGELA MICHELLE WILLIAMS was a resident of Montgomery, Alabama.

2.  On or about September 23, 2005, WILLIAMS caused to be filed with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, an application for benefits in connection with Hurricane Katrina, which falsely represented that WILLIAMS had suffered losses to a property she rented as her principal residence in Harvey, Louisiana. In fact, WILLIAMS did not reside in Louisiana and did not suffer the losses claimed.

3.  FEMA accepted WILLIAMS' application and caused United States Treasury checks in the amount of $2000 and $2358, respectively, to be mailed to WILLIAMS in Montgomery, Alabama. WILLIAMS received the checks and cashed them.

4.  On or about the dates set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere,

ANGELA MICHELLE WILLIAMS,

defendant herein, did embezzle, steal, purloin, and knowingly convert to her own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, as described below:

| COUNT | DATE | ITEM |
|---|---|---|
| 1 | September 24, 2005 | FEMA disaster assistance funds in the amount of $2000. |
| 2 | October 2, 2005 | FEMA disaster assistance funds in the amount of $2358. |

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
Andrew O. Schiff
Assistant United States Attorney

-2-