AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

Angela Michelle Williams
6116 Oakleigh Road
Montgomery, AL

**WARRANT FOR ARREST**

Case    2:05cr270-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Angela Michelle Williams__
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| x Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

Embezzle, steal, purloin money from FEMA (2 ct)

in violation of Title ___18___ United States Code, Section(s) _641_

DEBRA P. HACKETT
Name of Issuing Officer

BY: _____
Signature of Issuing Officer

CLERK
Title of Issuing Officer - CLERK

11/16/05 -Montgomery, AL
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |