**COURTROOM DEPUTY MINUTES**  **DATE:** 11/21/05
**MIDDLE DISTRICT OF ALABAMA**
                              **DIGITAL RECORDING:** 3:40 - 3:47

- ✓ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ✓ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE: CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
| CASE NO.: 2:05CR270-F-CSC | DEFT. NAME: ANGELA M. WILLIAMS |
| USA: ANDREW SCHIFF | ATTY: ROBIN KONRAD |
| | Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO |
| USPTSO/USPO: RON THWEATT | |
| Defendant ___ does ✓ does NOT need an interpreter; | |
| Interpreter present ✓ NO ___ YES   NAME: _____ | |

- ✓ Kars.     Date of Arrest 11/21/05  or  ☐ karsr40
- ✓ kia.      Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ✓ kcnsl.    Deft. First Appearance with Counsel
- ✓          Requests appointed Counsel  ✓ ORAL MOTION for Appointment of Counsel
- ✓ Finaff.   Financial Affidavit executed ☐ to be obtained by PTSO
- ✓ koappted  **ORAL ORDER** appointing Community Defender Organization  -  **Notice to be filed.**
- ☐ 20appt.   Panel Attorney Appointed; to be appointed - prepare voucher
- ☐          Deft. Advises he will retain counsel. Has retained _____
- ☐          Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐          Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐          **DETENTION HRG** ☐ held; ☐ Set for _____; ☐ Prelim. Hrg ☐ Set for _____
- ☐ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- ✓ kocondrls. Release order entered. ✓ Deft. advised of conditions of release.
- ✓ kbnd.    ✓ **BOND EXECUTED** (M/D AL charges) $ 25,000   Deft released (kloc LR)
             ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ loc.(LC) Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.      Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.  Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐          Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ✓ karr.   **ARRAIGNMENT** SET FOR: _____ ✓ **HELD.** Plea of **NOT GUILTY** entered.
             ☐ Trial Term 2/13/06 ;   ☐ PRETRIAL CONFERENCE DATE: _____
             DISCOVERY DISCLOSURES DATE: 11/28/05
- ☐ Krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for _____
- ✓ kwvspt   **Waiver of Speedy Trial Act Rights Executed.**