IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO.: 2:05-CR-270-F |
| | ) | |
| ANGELA M. WILLIAMS | ) | |

## MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **ANGELA M. WILLIAMS,** by and through counsel,

Christine A. Freeman undersigned counsel, and respectfully moves the Court to continue the

trial in this matter scheduled for Monday, February 13, 2006 to a later date.

In support of this request, the Defendant would show:

1.    Further investigation is necessary to complete preparation for the trial.

2.    A Speedy Trial Waiver is attached to this Motion.

**WHEREFORE,** the defendant respectfully prays that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for **ANGELA M. WILLIAMS**
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Andrew Schiff, Esquire, Deputy Chief, Criminal Division, One Court Square, Suite 201, Montgomery, Alabama 36104.

<u>s/Christine A. Freeman</u>
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for **ANGELA M. WILLIAMS**
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

UNITED STATES OF AMERICA            )
                                    )
        v                           )
                                    )  CR. NO.  2:05-cr-270-F
Angela M. Williams                  )
                                    )

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, _Angela M. Williams_, defendant in the above styled case, do

hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq.  I

certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently

after receiving a full and complete explanation of my rights given to me by my attorney

and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY
WAIVE MY RIGHTS TO A SPEEDY TRIAL,** through to May 2006. AW cg

_12/30/05_
**DATE**

_Angela Williams_
**DEFENDANT**

_[signature]_
**ATTORNEY FOR DEFENDANT**