| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** January 3, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 1:16 - 1:17 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Charles S. Coody | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:05cr270-LSC | **DEFENDANT(S)** Angela Michelle Williams |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Andrew Schiff | * | Christine Freeman |

☐ **DISCOVERY STATUS:**

☐ **PENDING MOTION STATUS:**
   Defendant has filed motion to continue trial

☐ **PLEA STATUS:**
   Case will not go to trial

☐ **TRIAL STATUS**
   Trial time - 1 day

☐ **REMARKS:**
   Possible pretrial diversion