### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO.: 2:05-CR-270-F** |
| | ) | |
| **ANGELA M. WILLIAMS** | ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Patricia V. Kemp, and enters her appearance

as counsel for **ANGELA M. WILLIAMS** in the above-styled matter.

Dated this 4th  day of January 2006.

Respectfully submitted,

**s/Patricia Kemp**
**PATRICIA KEMP**
ASB-4592-R80K
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: patricia_kemp@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2006, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to

the following: Andrew O. Schiff, Esquire, Assistant United States Attorney, One Court

Square, Suite 201, Montgomery, Alabama 36104.


        **s/Patricia Kemp**
        **PATRICIA KEMP**
        ASB-4592-R80K
        Attorney for Defendant
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        TEL:  (334) 834-2099
        FAX:  (334) 834-0353
        E-Mail: patricia_kemp@fd.org