IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | **CASE NO.: 2:05-CR-270-F** |
| ) | |
| **ANGELA M. WILLIAMS**   ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD
AND FOR APPOINTMENT OF CJA PANEL ATTORNEY**

**COMES NOW** the undersigned counsel, Christine A. Freeman, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant Angela M. Williams. In support of this Motion, counsel states the following:

The Federal Defender Office was appointed to represent Ms. Williams. Undersigned counsel has discovered that a conflict exists between the interests of Ms. Williams and the interests of a prior/present client, requires counsel to withdraw from further representation of both clients. A motion to withdraw has already been filed and granted in the other matter (Case No. 2:97-cr-183-MHT, granted on January 20, 2006, Doc. No. 100). Undersigned counsel will provide additional information under seal if the Court so requests.

Undersigned counsel requests that CJA panel attorney Fairley McDonald be appointed to represent Ms. Williams in all further proceedings in this case. Ms. Williams will not be prejudiced by such a change in counsel at this time, and Mr. McDonald has agreed to accept appointment if the Court so orders.

**WHEREFORE**, undersigned counsel prays that the office of the Federal Defender be permitted to withdraw from the representation of Ms. Williams and that Fairley McDonald be appointed to represent her.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for **ANGELA M. WILLIAMS**
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Andrew Schiff, Esq., Deputy Chief, Criminal Division, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for **ANGELA M. WILLIAMS**
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org