IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO.: 2:05-CR-270-F |
| ) | |
| ANGELA M. WILLIAMS ) | |

## MOTION TO CONTINUE TRIAL

COMES NOW the Defendant, ANGELA M. WILLIAMS, by and through counsel, Christine A. Freeman undersigned counsel, and respectfully moves the Court to continue the trial in this matter scheduled for Monday, February 13, 2006 to a later date.

In support of this request, the Defendant would show:

1. Further investigation is necessary to complete preparation for the trial.

2. A Speedy Trial Waiver is attached to this Motion.

WHEREFORE, the defendant respectfully prays that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for ANGELA M. WILLIAMS
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**MOTION DENIED**
THIS 24th DAY OF January, 2006
/s/ L. Scott Coogler
UNITED STATES DISTRICT JUDGE

SCANNED