IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr270-LSC-CSC |
| | ) | |
| ANGELA M. WILLIAMS | ) | |

**ORDER**

Now pending before the court are attorneys Christine Freeman and Patricia Kemp's motions to withdraw as counsel and motions for appointment of CJA panel attorney, Fairley McDonald (docs. # 17-18). For good cause, it is

ORDERED that the motions to withdraw as counsel and motions for appointment of CJA panel attorney Fairley McDonald (docs. # 17-18) be and are hereby GRANTED and that panel attorney Fairley McDonald, Esq. be and is hereby appointed to represent the defendant for all further proceedings. Appointed counsel shall file a written notice of appearance with this court.

Done this 25th day of January, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE