IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Case No. 2:05CR270-LSC |
| | ) |
| ANGELA MICHELLE WILLIAMS | ) |

NOTICE OF APPEARANCE

The undersigned J. Fairley McDonald, III, enters his appearance as counsel for Defendant ANGELA MICHELLE WILLIAMS in this case.

This  26th  day of January, 2006.

_____
J. Fairley McDonald, III (MCD015)
ASB-0384-D67J

SLATEN & O'CONNOR, P.C.
105 Tallapoosa Street
Suite 101
Montgomery, Alabama 36104
(334) 396-8882
(334) 396-8880 [facsimile]
fmcdonald@slatenlaw.com

Certificate of Service

I HEREBY CERTIFY that, on this the  26th  day of January, 2006, I electronically filed this Notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Andrew O. Schiff
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

_____