IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:05CR270-LSC |
| ) | |
| ANGELA MICHELLE WILLIAMS ) | |

NOTICE OF INTENT TO CHANGE PLEA

Defendant ANGELA MICHELLE WILLIAMS, through undersigned counsel, gives notice of her intent to withdraw her plea of not guilty in this case and to enter a plea of guilty, it being shown:

1. Defendant is charged in two counts with theft of government funds [18 U.S.C. § 641].

2. Defendant previously entered a plea of not guilty. This case is set for trial during a term beginning February 13. Under the pretrial conference order [Doc. 16], February 6 is the last day the Court will consider a plea.

3. Defendant now intends to withdraw her not guilty plea and to enter a plea of guilty in accordance with an agreement to be executed between the United States and Defendant. Defendant will take these actions at such time and on such date as ordered by the Court.

This __1st__ day of February, 2006.

_____
J. Fairley McDonald, III (MCD015)
ASB-0384-D67J

SLATEN & O'CONNOR, P.C.
105 Tallapoosa Street

-1-

          Suite 101
          Montgomery, Alabama 36104
          (334) 396-8882
          (334) 396-8880 [facsimile]
          fmcdonald@slatenlaw.com

### Certificate of Service

  I HEREBY CERTIFY that, on this the __1st__ day of February, 2006, I electronically filed this Notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Andrew O. Schiff
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, Alabama 36104

_____