| | | | |
|---|---|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE:** 2/8/06 | **FTR RECORDING:** | |
| **MIDDLE DISTRICT OF ALABAMA** | **COURT REPORTER:** MITCHELL REISNER | | |
| ☐ ARRAIGNMENT | √ CHANGE OF PLEA | ☐ CONSENT PLEA | |
| | ☐ RULE 44(c) HEARING | ☐ SENTENCING | |

| | |
|---|---|
| **PRESIDING MAG. JUDGE:** *CHARLES S. COODY* | **DEPUTY CLERK:** *WANDA STINSON* |
| **CASE NUMBER:** *2:05CR270-LSC-CSC* | **DEFENDANT NAME:** ANGELA M. WILLIAMS |
| **AUSA:** ANDREW SCHIFF | **DEFENDANT ATTY:** JOHN F. MCDONALD, III |
| | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (√) CDO |
| **USPO:** Dewayne Spurlock | |
| Defendant ___ does __√__ does NOT need and interpreter. Name: _____ | |

- ☐ This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**
- ☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
- ☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.
- ☐ **WAIVER OF INDICTMENT** executed and filed.
- ☐ **FELONY INFORMATION** filed.
- ☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:** ☐ Not Guilty ☐ Nol Contendere ☐ Not Guilty by reason of insanity

√ Guilty as to: √ Count(s) 1 of the **Indictment.**

☐ Count(s) _____ ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

- √ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
- ☐ No Plea Agreement entered. √ Written plea agreement filed. ☐ **OPEN/ORAL** Plea Agreement.
  - ☐ **ORDERED SEALED.**
- √ **ORAL ORDER** Adjudicating defendant guilty.
- √ **ORDER:** Defendant Continued √ same Conditions/Bond imposed ; ☐Released on Bond & Conditions of Release for: ☐ Trial on _____; √ Sentencing on _____; √ To be set by Separate Order
- ☐ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
  - ☐ Trial on _____; or ☐ Sentencing on _____ ☐ set by separate Order.