IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

VS.                              CR. NO. 2:05CR270LSC-CSC

ANGELA MICHELLE WILLIAMS,
    Defendant.

## NOTICE OF APPEARANCE

COMES now Sydney Albert (Al) Smith Attorney at Law, and files herein a **NOTICE OF APPEARANCE** as CJA Appointed counsel for ANGELA MICHELLE WILLIAMS.

　　Counsel in making his appearance, requests:

　　1.   That all notices of continuances, trial settings, docket settings, or otherwise, announcements or notices regarding said case be forwarded to him at his address provided herein.

　　2.   That the name of counsel be entered herein on the appropriate Court records and that he be designated as counsel of record.

　　Respectfully submitted this the May 11, 2006.

　　　　　　　　　　　　　　　　　　　　S/_____
　　　　　　　　　　　　　　　　　　　　Sydney Albert (Al) Smith    ASB-3560-H70S
　　　　　　　　　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　　　　　　P. O. Drawer 389
　　　　　　　　　　　　　　　　　　　　Elba, Al 36323
　　　　　　　　　　　　　　　　　　　　Phone:        334-897-3658
　　　　　　　　　　　　　　　　　　　　Fax:          334-897-6824
　　　　　　　　　　　　　　　　　　　　email:        sydneyalbertsmith@charter.net

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed this notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Andrew O. Schiff,
    Assistant U. S. Attorney

    Christine A. Freeman
    Federal Defenders

John Fairley McDonald, III

      I further certify that I this date served a copy of the above on the following by first class United States Mail, postage prepaid and property addressed as follows:

    Ms. Angela Michelle Williams
    6116 Oakleigh Road
    Montgomery, AL 36116

                                          s/_____05012006_____
                                            Sydney Albert (Al) Smith        Date