IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr270-LSC |
| | ) | |
| ANGELA MICHELLE WILLIAMS | ) | |

**ORDER**

Now pending before the court is defendant Williams' motion to allow J. Fairley McDonald, III, to withdraw as counsel of record (doc. # 30). Upon consideration of the motion, and for good cause, it is

ORDERED that defendant Williams' motion to allow J. Fairley McDonald, III, to withdraw (doc. # 30) be and is hereby GRANTED. It is further

ORDERED that Al Smith be and is hereby appointed to represent the defendant for all further proceedings. Attorney Smith shall file a notice of appearance with the court.

Done this 12th day of May, 2006.

                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE